COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee,

v.

TOWNSHIP OF FORWARD, Forward Township Sanitary Sewage Authority, Elizabeth Township, Sanitary Authority of Elizabeth Township, Elizabeth Borough, Elizabeth Borough Municipal Authority,

**Appeal of TOWNSHIP OF FORWARD.**

No. 123 Middle District Appeal Docket 1996.

Supreme Court of Pennsylvania.

Nov. 27, 1996.

**_ORDER_**

PER CURIAM:

AND NOW, this 27th day of November, 1996, the direct appeal is quashed.

ZAPPALA, J., did not participate in the consideration or decision of this matter.